IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER DALE GODWIN,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 14-cv-504-wmc

LT. LANGE #28, DR. ADEYEMI FATOKI
and KATHY WHALEN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Lt. Lange #28, denying plaintiff Roger Dale Godwin leave to proceed and dismissing this case.

| /s/ | 10/8/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |